No. 85–951. ROBINSON ET AL. *v.* DEPARTMENT OF TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION. C. A. Fed. Cir. Certiorari denied.

No. 85–1036. RUTGERS STATE UNIVERSITY OF NEW JERSEY ET AL. *v.* GALDA ET AL.; and

No. 85–1037. NEW JERSEY PUBLIC INTEREST RESEARCH GROUP, INC. *v.* GALDA ET AL. C. A. 3d Cir. Certiorari denied. Reported below: 772 F. 2d 1060.

No. 85–1052. KUPFERSTEIN *v.* NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 85–1145. WILLIAMS ET AL. *v.* WOLFENBARGER, DBA SHADY SAM'S PAWN SHOP; and

No. 85–1203. TANNERY ET AL. *v.* WOLFENBARGER, DBA SHADY SAM'S PAWN SHOP. C. A. 10th Cir. Certiorari denied. Reported below: 774 F. 2d 358.

No. 85–1178. CHATTEM, INC. *v.* BAILEY. C. A. 6th Cir. Certiorari denied.

No. 85–1182. HUMBLE EXPLORATION CO., INC., ET AL. *v.* BROWNING ET AL. Ct. App. Tex., 5th Sup. Jud. Dist. Certiorari denied.

No. 85–1193. MAGEE, INDIVIDUALLY AND T/A COLLEGIATE RESEARCH SYSTEMS *v.* RUVOLDT, PROSECUTOR OF HUDSON COUNTY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 85–1202. BRADFORD, AS EXECUTRIX OF THE ESTATE OF BRADFORD *v.* BLUE PEARL MUSIC CORP. C. A. 3d Cir. Certiorari denied.

No. 85–1204. TERRY *v.* STONE ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 85–1212. OLEN *v.* PURDUE ET AL. Ct. App. Ariz. Certiorari denied.

No. 85–1215. GATES *v.* SPINKS ET AL. C. A. 5th Cir. Certiorari denied.